**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Kristal Gayle Gavidia**<br>　　　**Brenton Roy Gavidia**<br>　　　**aka Brent Gavidia**<br><br>　　　　　　　　　**Debtors** | **BK NO. 18-02049 RNO**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of VANDERBILT MORTGAGE AND FINANCE, INC. and index same on the master mailing list.

                                          Respectfully submitted,

                                            **/s/ James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            215-627-1322