# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    BRENTON ROY GAVIDIA
           AKA: BRENT GAVIDIA
           KRISTAL GAYLE GAVIDIA


           Debtor(s)

                                              CHAPTER 13

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                 Movant                        CASE NO: 5-18-02049-RNO

           vs.

           BRENTON ROY GAVIDIA
           AKA: BRENT GAVIDIA   KRISTAL GAYLE
           GAVIDIA

                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 19, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                        Respectfully submitted,

                        s/   Charles J. DeHart, III
                        Charles J. DeHart, III, Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA  17036
                        Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    BRENTON ROY GAVIDIA
          AKA: BRENT GAVIDIA
          KRISTAL GAYLE GAVIDIA        CHAPTER 13

               Debtor(s)

          CHARLES J. DEHART, III        CASE NO: 5-18-02049-RNO
          CHAPTER 13 TRUSTEE
               Movant

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| January 23, 2019 at 9:00 am | January 23, 2019 at 09:30 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 688.98**
**AMOUNT DUE FOR THIS MONTH: $312.12**
**TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE: $1001.10**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

      If **submitting payment by U.S. First Class Mail** mail to**:**
            **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.     You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 19, 2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   BRENTON ROY GAVIDIA
         AKA: BRENT GAVIDIA
         KRISTAL GAYLE GAVIDIA

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III        CASE NO: 5-18-02049-RNO
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 19, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

TIMOTHY B. FISHER, II, ESQUIRE      Served electronically
P.O. BOX 396
GOULDSBORO, PA  18424-

BRENTON ROY GAVIDIA
KRISTAL GAYLE GAVIDIA
5550 BIRCH ROAD           Served by 1st Class Mail
CANADENSIS, PA  18325

United States Trustee
228 Walnut Street
Suite 1190             Served electronically
Harrisburg, PA  17101

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 19, 2018       Liz Joyce
                   for Charles J. DeHart, III, Trustee
                   Suite A, 8125 Adams Dr.
                   Hummelstown, PA  17036
                   Phone:  (717) 566-6097
                   eMail: dehartstaff@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    BRENTON ROY GAVIDIA
           AKA: BRENT GAVIDIA
           KRISTAL GAYLE GAVIDIA

                                  CHAPTER 13

           Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                Movant           CASE NO: 5-18-02049-RNO

        vs.

           BRENTON ROY GAVIDIA       MOTION TO DISMISS
           AKA: BRENT GAVIDIA
           KRISTAL GAYLE GAVIDIA

### ORDER DISMSSING CASE

     Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.