In re:                                                          Case No. 18-02049-RNO
Brenton Roy Gavidia                                             Chapter 13
Kristal Gayle Gavidia
        Debtors                          CERTIFICATE OF NOTICE

District/off: 0314-5          User: CourtneyG          Page 1 of 2          Date Rcvd: Jul 24, 2019
                              Form ID: ordsmiss        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db/jdb        +Brenton Roy Gavidia,   Kristal Gayle Gavidia,   5550 Birch Road,   Canadensis, PA 18325-7816
5083478       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
5061677       +Chase Auto Finance,   P.O. Box 901003,   Fort Worth, TX 76101-2003
5061680       +KML Law Group, P.C.,   Ste 5000 - BNY Independence Center,   701 Market St,
               Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5061675        EDI: BANKAMER.COM Jul 24 2019 23:13:00      Bank of America,   p.O. Box 982238,
               El Paso, TX 79998
5061676        EDI: CAPITALONE.COM Jul 24 2019 23:13:00      Capital One,   15000 Capital one Dr,
               Henrico, VA 23238
5079334        EDI: CAPITALONE.COM Jul 24 2019 23:13:00      Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
5061678       +EDI: CCS.COM Jul 24 2019 23:13:00      Credit Control Service,   725 Canton St,
               Norwood, MA 02062-2679
5084394        EDI: DIRECTV.COM Jul 24 2019 23:13:00      Directv, LLC,   by American InfoSource LP as agent,
               PO Box 5008,   Carol Stream, IL  60197-5008
5061679       +EDI: DCI.COM Jul 24 2019 23:13:00      Diversified Consultants,   10550 Deerwood Park Blvd 309,
               Jacksonville, FL 32256-2805
5079463        EDI: CAUT.COM Jul 24 2019 23:13:00      JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
5061681       +EDI: MID8.COM Jul 24 2019 23:13:00      Midland Funding,   2365 Northside Dr #300,
               San Diego, CA 92108-2709
5077246       +EDI: MID8.COM Jul 24 2019 23:13:00      Midland Funding, LLC,
               Midland Credit Management, Inc. as,   agent for Midland Funding, LLC,   PO Box 2011,
               Warren, MI 48090-2011
5061682       +E-mail/Text: bnc@nordstrom.com Jul 24 2019 19:10:56      Nordstrom/TD Bank USA,
               13531 E Caley Ave,   Englewood, CO 80111-6504
5061683        EDI: PRA.COM Jul 24 2019 23:13:00      Portfolio Recovery,   120 Corporate Blvd,   Ste 100,
               Norfolk, VA 23502
5061684        EDI: PRA.COM Jul 24 2019 23:13:00      Portfolio Recovery Associates,
               120 Corporate Blvd., Ste 100,   Norfolk, VA 23502-4962
5087310        EDI: PRA.COM Jul 24 2019 23:13:00      Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
5086314        EDI: PRA.COM Jul 24 2019 23:13:00      Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk, VA 23541
5062206       +EDI: PRA.COM Jul 24 2019 23:13:00      PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
5064214       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2019 19:11:04
               Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
5078164        EDI: Q3G.COM Jul 24 2019 23:13:00      Quantum3 Group LLC as agent for,
               Credit Corp Solutions Inc,   PO Box 788,   Kirkland, WA  98083-0788
5061686       +EDI: RMSC.COM Jul 24 2019 23:13:00      SYNCB/Care Credit,   950 Forrer Blvd,
               Kettering, OH 45420-1469
5061687       +EDI: RMSC.COM Jul 24 2019 23:13:00      SYNCB/Sams Club,   PO Box 965005,
               Orlando, FL 32896-5005
5063709        E-mail/Text: bankruptcy@bbandt.com Jul 24 2019 19:11:01      Sheffield Financial,   PO Box 1847,
               Wilson, NC 27894-1847
5061685       +E-mail/Text: bankruptcy@bbandt.com Jul 24 2019 19:11:01      Sheffield Financial Co.,
               2554 Lewisville clemmons,   Clemmons, NC 27012-8110
5084265       +E-mail/Text: bncmail@w-legal.com Jul 24 2019 19:11:10      TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
5061688       +EDI: WTRRNBANK.COM Jul 24 2019 23:13:00      TD Bank USA/Target Credit,   P.O. Box 673,
               Minneapolis, MN 55440-0673
5061689        EDI: VAND.COM Jul 24 2019 23:13:00      Vanderbilt Mortgage & Finance,   500 Alcoao Trail,
               Maryville, TN 37804
5064966       +EDI: VAND.COM Jul 24 2019 23:13:00      Vanderbilt Mortgage and Finance, Inc.,   PO Box 9800,
               Maryville, TN 37802-9800
                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   Vanderbilt Mortgage and Finance, Inc.
               bkgroup@kmllawgroup.com
              Karina  Velter   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Timothy B. Fisher, II   on behalf of Debtor 1 Brenton Roy Gavidia donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II   on behalf of Debtor 2 Kristal Gayle Gavidia donna.kau@pocono-lawyers.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              Vanderbilt Mortgage and Finance, Inc.   Amy.Burns@vmf.com
                                                                          TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brenton Roy Gavidia,
aka Brent Gavidia,

**Debtor 1**

Kristal Gayle Gavidia,

**Debtor 2**

Chapter    13

Case No.    5:18–bk–02049–RNO

## <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  July 24, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyGabriel, Deputy Clerk

ordsmiss (05/18)